**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| GROMALA, LINDA | CASE NO. 05-42723 SCHW |
| | JUDGE JOHN D. SCHWARTZ |
| Debtor. | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

TO the Debtor, Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At: U.S. BANKRUPTCY COURT
   219 South Dearborn Street, Courtroom 719
   Chicago, Illinois 60604

   on: March 8, 2007
   at: 10:00 a.m.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                                $       10,065.51

   b. Disbursements                           $            0.00

   c. Net Cash Available for                  $       10,065.51
   Distribution

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

MICHAEL G. BERLAND                                  0.00    $1,756.55
(Trustee Fees)

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $4,933.09 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 100.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 3 | Department of the Treasury | $ 4,933.09 | $ 4,933.09 |

7. Claims of general unsecured creditors totaling $5,439.42 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 62.06%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Target National Bank (f.k.a. Retailers National Ba | $ 459.72 | $ 285.32 |
| 2 | Charming Shoppes Catherines | $ 258.93 | $ 160.70 |
| 4 | Citibank USA NA | $ 341.99 | $ 212.25 |
| 5 | GE Money Bank | $ 210.68 | $ 130.75 |
| 6 | GE Money Bank (different claim) | $ 2,121.18 | $ 1,316.47 |
| 7 | Citibank NA | $ 129.63 | $ 80.45 |
| 8 | Citibank NA(different claim) | $ 1,650.46 | $ 1,024.33 |
| 9 | eCAST Settlement Corporation assignee of | $ 1,020.23 | $ 0.00 |
| 10 | Household Finance Corporation | $ 5,213.74 | $ 0.00 |
| 11 | Department of Treasury | $ 266.83 | $ 165.60 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing:   N/A


Dated: February 7, 2007             For the Court,


                                    <u>KENNETH S GARDNER</u>
                                    Kenneth S. Gardner
                                    Clerk of the United States
                                    219 S. Dearborn Street; 7th Floor
                                    Chicago, IL  60604

Trustee:    MICHAEL G. BERLAND
Address:    ONE NORTH LA SALLE STREET
            SUITE 1775
            CHICAGO, IL  60602
Phone No.:  (312) 855-1272

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7              Page 1 of 2         Date Rcvd: Feb 07, 2007
Case: 05-42723                Form ID: pdf002          Total Served: 37


The following entities were served by first class mail on Feb 09, 2007.
db           +Linda Gromala,    107 North Normady Drive,    Chicago Heights, IL 60411-1101
aty          +George P Galanos,    Law Office of George P. Galanos,    One Professional Center,    #312,
               Crown Point, IN 46307-1883
tr           +Michael G Berland,    1 N LaSalle St,   No.1775,   Chicago, IL 60602-4065
cr           +General Motors Acceptance Corp,    2740 Arthur St,    Roseville, MN 55113-1303
9951116      +AT & T Universal Card,    P.O. Box 44167,    Jacksonville, FL 32231-4167
9951117      +Bank Calumet,    5201 Hohman Avenue,    Hammond, IN 46320-1719
9951118      +Capital One,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
9951119      +Captial One,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
9951120       Catherines,    P.O. Box 856044,    Louisville, KY 40285-6044
9951121      +Catherines',    P.O. Box 84022,    Columbus, GA 31908-4022
10572603     +Charming Shoppes Catherines,    First Express,   P O Box 856044,    Louisville, KY 40285-6044
9951123      +Citi Card,    Box 6000,    The Lakes, NV 89163-0001
9951122      +Citi Card,    P.O. Box 142319,    Irving, TX 75014-2319
9951124       Citi Financial,    152 Town Center Drive,    Matteson, IL 60443-2245
10673004     +Citibank NA,    Citibank Choice,    Exception Payment Processing,    P O Box 6305,
               The Lakes, NV 88901-6305
10620609     +Citibank USA NA,    P O Box 182149,    Columbus, OH 43218-2149
10632693     +GE Money Bank,    DBA Sams Club,    Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,
               Miami, Fl 33131-1605
10632694     +GE Money Bank,    DBA JCPenney,    Recovery Management Systems Corp,
               25 S.E. 2nd Avenue, Suite 1120,    Miami, Fl 33131-1605
9951126      +GMAC,    P.O. Box 8123,    Cockeysville, MD 21030-8123
9951127      +HFC,    P.O. Box 17574,    Baltimore, MD 21297-1574
9951128      +HFC,    104 Town Center Road,    Matteson, IL 60443-2245
9951129       HSBC MasterCard,    P.O. box 80084,    Salinas, CA 93912-0084
10864343      Household Finance Corporation,    by eCAST Settlement Corporation,    as its agent,    POB 35480,
               Newark NJ 07193-5480
9951130     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury,    Internal Revenue Service,
               230 S Dearborn,    Stop 5016 CHI,    Chicago, IL 60604-1505)
9951131       JC Penney,    P.O. Box 960001,    Orlando, FL 32896-0001
9951132      +Sam's Club,    P.O. Box 530942,    Atlanta, GA 30353-0942
9951133      +Sears Card,    P.O. Box 182149,    Columbus, OH 43218-2149
9951134      +Select Edition,    K A16 F5,    One NCC Parkway,    Kalamazoo, MI 49009-8003
9951135       Select Edition,    P.O. box 2349 #KA 16F5,    Kalamazoo, MI  49003-2349
9951136      +Spiegel Charge,    Card Processing Center,    P.O. Box 5811,    Hicksville, NY 11802-5811
9951137       Target National Bank,    P.O. Box 59231,    Minneapolis, MN  55459-0231
10556790     +Target National Bank (f.k.a. Retailers National Ba,    TARGET,    c/o Weinstein & Riley, P.S.,
               2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339
9951138      +Taylor Bean & Whitaker Mortgage Corp,    1417 N. Magnolia Ave.,    Ocala, FL 34475-9078
9951139      +U.S. Attorney Office,    No. Dist of Illinois,    230 S. Dearborn St.,    Chicago, IL 60604-1505
9951140       U.S. Dept of Education,    Washington, D.C.
9951141      +Wells Fargo Financial,    17645 S. Torrence Ave,    Lansing, IL 60438-4839
10772272      eCAST Settlement Corporation assignee of,    HSBC Bank Nevada NA / HSBC Card,    Services III,
               POB 35480,    Newark NJ 07193-5480
The following entities were served by electronic transmission.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9951125       Direct Loans,    William D. Ford Federal Direct Loan Prog,    U.S. Dept of Education
                                                                                                TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1           User: amcc7              Page 2 of 2              Date Rcvd: Feb 07, 2007
Case: 05-42723                 Form ID: pdf002          Total Served: 37

            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 09, 2007**                    **Signature:**   *Joseph Speetjens*