IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br>GROMALA, LINDA<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05-42723 SCHW<br><br>JUDGE JOHN D. SCHWARTZ |

**TRUSTEE'S FINAL ACCOUNT AND APPLICATION
TO CLOSE CASE AND DISCHARGE THE TRUSTEE**

TO: THE HONORABLE BRUCE W. BLACK
BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Distribution Report and Order Awarding Compensation and Expenses, a copy of which is attached as Exhibit "A".

The Form 2 is attached as Exhibit "B." The report of Unclaimed Funds is attached as Exhibit "C".

The Trustee certifies that the estate has been fully administered, requests that he be discharged, and the case closed pursuant to 11 U.S.C. §350.

/s/ Michael G. Berland Trustee

Dated: 3/31/08

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:
GROMALA, LINDA

CHAPTER 7 CASE

CASE NO. 05-42723 SCHW

JUDGE JOHN D. SCHWARTZ

Debtor(s)

## DISTRIBUTION REPORT

I, <u>MICHAEL G. BERLAND</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | |
|---|---|
| Secured Claims: | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 1,756.55 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 4,933.09 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 3,388.84 |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $ 10,078.48 |

EXHIBIT A

**DISTRIBUTION REPORT**                                                                                      **PAGE 1**

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| Secured Claims $ | 0.00 | 0.00% |
| **CLAIM NUMBER** — **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) $ | 1,756.55 | 100.00% |
| **CLAIM NUMBER** — **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| MICHAEL G. BERLAND | 1,756.55 | 1,756.55 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) $ | 0.00 | 0.00% |
| **CLAIM NUMBER CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) $ | 0.00 | 0.00% |
| **CLAIM NUMBER CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| TOTAL $ | | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 $ | 0.00 | 0.00% |

EXHIBIT A

**DISTRIBUTION REPORT**  **PAGE 2**

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds $ | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 $ | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 $ | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(7) - Alimony $ | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §724(b)(6) - Tax Liens: $ | 0.00 | 0.00% |

EXHIBIT A

# DISTRIBUTION REPORT

PAGE 3

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL  $ | 0.00 |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(8) - Tax claims excluding fines and penalties $ | 4,933.09 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 3 | Department of the Treasury | 4,933.09 | 4,933.09 |
| | | TOTAL  $ | 4,933.09 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(9) - Capital Commitments to FDIC, et al. $ | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL  $ | 0.00 |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) $ | 5,439.42 | 62.30% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 1 | Target National Bank (f.k.a. Retailers National Ba | 459.72 | 286.41 |
| 2 | Charming Shoppes Catherines | 258.93 | 161.32 |
| 4 | Citibank USA NA | 341.99 | 213.06 |
| 5 | GE Money Bank | 210.68 | 131.26 |
| 6 | GE Money Bank (different claim) | 2,121.18 | 1,321.53 |
| 7 | Citibank NA | 129.63 | 80.76 |
| 8 | Citibank NA (different claim) | 1,650.46 | 1,028.26 |
| 11 | Deopartment of Treasury | 266.83 | 166.24 |
| | | TOTAL  $ | 3,388.84 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|

EXHIBIT A

# DISTRIBUTION REPORT                                              PAGE 4

| | | ALLOWED | PROPOSED |
|---|---|---|---|
| Subordinated unsecured claims $ | | 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL    $ | 0.00 |

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(3) - Late unsecured claims $ | | 6,233.97 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| 9 | eCAST Settlement Corporation assignee of | 1,020.23 | 0.00 |
| 10 | Household Finance Corporation | 5,213.74 | 0.00 |
| | | TOTAL    $ | 0.00 |

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(4) - Fines/penalties $ | | 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL    $ | 0.00 |

| 17. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(5) - Interest $ | | 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL    $ | 0.00 |

| 18. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(6) - Surplus to Debtor $ | | 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL    $ | 0.00 |


EXHIBIT A

**DISTRIBUTION REPORT**                                                                                     **PAGE 5**

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: March 8, 2007            /s/ Michael G. Berland
                                                        MICHAEL G. BERLAND, Trustee

EXHIBIT D

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN

IN RE:  
GROMALA, LINDA

CHAPTER 7 CASE

CASE NO. 05-42723 SCHW

JUDGE JOHN D. SCHWARTZ

Debtor(s)

## ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | |
|---|---|---|
| 1. | Trustee's compensation | $ 1,756.55 |
| 2. | Trustee's expenses | $ 0.00 |
| | TOTAL | $ 1,756.55 |
| 3. | Chapter 11 Trustee's compensation | $ 0.00 |
| 4. | Chapter 11 Trustee's expenses | $ 0.00 |
| | TOTAL | $ 0.00 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

1. Attorney for the Trustee
   a. Compensation         $ 0.00
   b. Expenses             $ 0.00
   c. Chapter 11 Compensation   $ 0.00
   d. Chapter 11 Expenses  $ 0.00

2. Accountant for the Trustee
   a. Compensation         $ 0.00
   b. Expenses             $ 0.00

1

      c. Chapter 11 compensation                    $_____0.00

      d. Chapter 11 Expenses                       $_____0.00

3.   Other Professionals

                              TOTAL             $_____0.00

    IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

**ENTERED**

DATED this_____ day of _____, 200 __.    MAR - 8 2007

                                                    **JOHN D. SCHWARTZ, BANKRUPTCY JUDGE**
                                                    UNITED STATES BANKRUPTCY COURT

                    ENTERED  _____
                                 JOHN D. SCHWARTZ
                                 UNITED STATES BANKRUPTCY JUDGE

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 05-42723 SCHW | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | GROMALA, LINDA | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****08-65 - Money Market Account |
| Taxpayer ID #: | 13-7501326 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 03/19/08 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/28/06 | {12} | Linda Gromala-Bank of Gromala | Payment of settlement for preferences | 1141-000 | 10,000.00 | | 10,000.00 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 5.75 | | 10,005.75 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.33 | | 10,012.08 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.80 | | 10,018.88 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.59 | | 10,025.47 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.81 | | 10,032.28 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.82 | | 10,039.10 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.38 | | 10,045.48 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 7.04 | | 10,052.52 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.60 | | 10,059.12 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.39 | | 10,065.51 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.71 | | 10,072.22 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.01 | | 10,077.23 |
| 03/08/07 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.6500% | 1270-000 | 1.25 | | 10,078.48 |
| 03/08/07 | | To Account #*********0866 | Transfer for purpose of final distribution | 9999-000 | | 10,078.48 | 0.00 |
| | | | ACCOUNT TOTALS | | 10,078.48 | 10,078.48 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 10,078.48 | |
| | | | **Subtotal** | | 10,078.48 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$10,078.48** | **$0.00** | |

Exh. 6. 1 B

{} Asset reference(s)   Printed: 03/31/2008 01:07 PM   V.10.03

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 05-42723 SCHW | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | GROMALA, LINDA | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | \*\*\*-\*\*\*\*\*08-66 - Checking Account |
| Taxpayer ID #: | 13-7501326 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 03/19/08 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/08/07 | | From Account #\*\*\*\*\*\*\*\*0865 | Transfer for purpose of final distribution | 9999-000 | 10,078.48 | | 10,078.48 |
| 03/20/07 | 101 | MICHAEL G. BERLAND | Dividend paid 100.00% on $1,756.55, Trustee Compensation; Reference: | 2100-000 | | 1,756.55 | 8,321.93 |
| 03/20/07 | 102 | Department of the Treasury | Dividend paid 100.00% on $4,933.09; Claim# 3; Filed: $4,933.09; Reference: | 5800-000 | | 4,933.09 | 3,388.84 |
| 03/20/07 | 103 | Target National Bank (f.k.a. Retailers National Ba | Dividend paid 62.30% on $459.72; Claim# 1; Filed: $459.72; Reference: | 7100-000 | | 286.41 | 3,102.43 |
| 03/20/07 | 104 | Charming Shoppes Catherines | Dividend paid 62.30% on $258.93; Claim# 2; Filed: $258.93; Reference: | 7100-000 | | 161.32 | 2,941.11 |
| 03/20/07 | 105 | Citibank USA NA | Dividend paid 62.30% on $341.99; Claim# 4; Filed: $341.99; Reference: Stopped on 12/28/07 | 7100-000 | | 213.06 | 2,728.05 |
| 03/20/07 | 106 | GE Money Bank | Dividend paid 62.30% on $210.68; Claim# 5; Filed: $210.68; Reference: | 7100-000 | | 131.26 | 2,596.79 |
| 03/20/07 | 107 | GE Money Bank (different claim) | Dividend paid 62.30% on $2,121.18; Claim# 6; Filed: $2,121.18; Reference: | 7100-000 | | 1,321.53 | 1,275.26 |
| 03/20/07 | 108 | Citibank NA | Dividend paid 62.30% on $129.63; Claim# 7; Filed: $129.63; Reference: | 7100-000 | | 80.76 | 1,194.50 |
| 03/20/07 | 109 | Citibank NA(different claim) | Dividend paid 62.30% on $1,650.46; Claim# 8; Filed: $1,650.46; Reference: | 7100-000 | | 1,028.26 | 166.24 |
| 03/20/07 | 110 | Deopartment of Treasury | Dividend paid 62.30% on $266.83; Claim# 11; Filed: $266.83; Reference: | 7100-000 | | 166.24 | 0.00 |
| 12/28/07 | 105 | Citibank USA NA | Dividend paid 62.30% on $341.99; Claim# 4; Filed: $341.99; Reference: Stopped: check issued on 03/20/07 | 7100-000 | | -213.06 | 213.06 |
| 02/25/08 | 111 | Clerk of Bankruptcy Court | Deposit of Unclaimed funds | 8500-002 | | 213.06 | 0.00 |

Subtotals :   $10,078.48   $10,078.48

{} Asset reference(s)                                                                    Printed: 03/31/2008 01:07 PM   V.10.03

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 05-42723 SCHW | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | GROMALA, LINDA | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | \*\*\*-\*\*\*\*\*08-66 - Checking Account |
| Taxpayer ID #: | 13-7501326 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 03/19/08 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 10,078.48 | 10,078.48 | $0.00 |
| | | | Less: Bank Transfers | | 10,078.48 | 0.00 | |
| | | | Subtotal | | 0.00 | 10,078.48 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $10,078.48 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # \*\*\*-\*\*\*\*\*08-65 | 10,078.48 | 0.00 | 0.00 |
| Checking # \*\*\*-\*\*\*\*\*08-66 | 0.00 | 10,078.48 | 0.00 |
| | $10,078.48 | $10,078.48 | $0.00 |

{} Asset reference(s)

Printed: 03/31/2008 01:07 PM      V.10.03

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br>GROMALA, LINDA<br><br>      Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05-42723 SCHW<br><br>JUDGE JOHN D. SCHWARTZ |

To:
Registrants served by electronic service

United States Trustees Office
227 West Monroe Street
Suite 3350
Chicago, Illinois 60606

George Galanos
One Professional Center, #312
Crown Point Indiana 46307
Attorney for debtor

Service via mail
Citibank
POB 182149
Columbus, Ohio 43218

**NOTICE OF FILING**

On February 25, 2008, the Trustee filed the Trustee's Report of Unclaimed Funds with the bankruptcy court.

Respectfully Submitted
Linda Gromala, debtor

By:/s/ Michael G. Berland, trustee

CERTIFICATE OF SERVICE

I certify that I sent the Report of Unclaimed Funds to the debtor by mailing same to the debtor on February 25, 2008 and by serving all other parties of record by electronic service.
/s/ Michael G. Berland Trustee
Michael G. Berland
1 North LaSalle Street
Suite 1775
Chicago, Illinois 60602  312-855-1272

Exhibit C

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br>GROMALA, LINDA<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05-42723 SCHW<br><br>JUDGE JOHN D. SCHWARTZ |

**TRUSTEE'S REPORT OF UNCLAIMED PROPERTY**

Michael G. Berland, Trustee, ("Trustee") pursuant to 11 U.S.C. Section 347 of the Bankruptcy Code and Rule 3011 of the Federal Rules of Bankruptcy Procedure, provides the following report of Trustee's deposit of unclaimed property with the Clerk of the Bankruptcy Court:

1. The debtors filed a Chapter 7 petition. The Trustee was subsequently appointed, qualified, and continues to serve as Trustee in this case.

2. On March 20, 2007, the Trustee sent distribution checks via United States Mail to the creditors entitled to receive same under the Distribution Report filed by the United States Trustees Office with the Clerk of the Bankruptcy Court.

3. Citibank failed to cash its dividend check in the amount of $213.06

Respectfully Submitted

Linda Gromala, debtor

By:/s/ Michael G. Berland, trustee

Michael G. Berland
1 N. LaSalle Street
Suite 1775
Chicago, Illinois 60602
312-855-1272

**UNCLAIMED FUNDS**

**Citibank**                                                                $213.06
**POB 182149**
**Columbus, Ohio 43218**